# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Robert Curtis Van Ness**

    vs.

**Saratoga Hospital, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   1:07-CV-1323

\_\_\_\_   **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S ACTION IS DISMISSED PURSUANT TO 28 U.S.C. 1915(e)(2)(B).

    IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S MEMORANDUM-DECISION AND ORDER FILED JANUARY 23, 2008.

Dated:  January 23, 2008

                                           Clerk of Court

                                           s/ S. Potter
                                           By:  Deputy Clerk